**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Chambers of**<br>**Cathy L. Waldor**<br>United States Magistrate Judge | Martin Luther King Jr, Federal Bldg.<br>& U.S. Courthouse<br>50 Walnut Street, Room 2064<br>Newark, NJ 07102<br>(973) 776-7862 |

September 20, 2011

**RECUSAL LETTER ORDER**
**ORIGINAL FILED WITH THE CLERK OF THE COURT**

All counsel of record on the docket sheet.

      **Re: USA v. Delon Anthony Roberts**
          **Civil Action No. 10-7190 (CLW)**

Dear Counsel:

      Please be advised that I am recusing myself from this case. The Honorable Joseph A. Dickson will assume all Magistrate Judge responsibilities for this case.

      **SO ORDERED.**

                                                    s/   Cathy L. Waldor
                                                 **Hon. Cathy L. Waldor**
                                                 **United States Magistrate Judge**

CLW/rac
Orig.: Clerk of the Court
cc:    Hon. Joseph A Dickson, U.S.M.J.
         Parties
         File